# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 09-83388 | | Trustee Name: | Charles E. Covey |
|---|---|---|---|---|
| Case Name: | BOLEN, DIANE M. | | Date Filed (f) or Converted (c): | 10/15/2009 (f) |
| For the Period Ending: | 06/30/2015 | | §341(a) Meeting Date: | 11/25/2009 |
| | | | Claims Bar Date: | 03/25/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Real Estate at 204 Ripper, South Pekin, Illinois | $48,690.00 | $0.00 | OA | $0.00 | FA |
| 2  Checking at National City Bank | $100.00 | $0.00 | OA | $0.00 | FA |
| 3  Household Goods | $680.00 | $0.00 | OA | $0.00 | FA |
| 4  Wearing Apparel | $100.00 | $0.00 | OA | $0.00 | FA |
| 5  401(k) | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 6  1993 Ford Tempo | $2,450.00 | $0.00 | OA | $0.00 | FA |
| 7  Wrongful Death Lawsuit                         (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

|  | $53,520.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

| 02/05/2015 | Letter sent to attorney Wertz requesting an update on litigation. |
|---|---|
| 07/25/2013 | A SETTLEMENT HAS BEEN REACHED FOR $12,000 WHICH WOULD BE ALLOCATED AMONG THE HEIRS; OF WHICH THE DEBTOR IS 1 OF 4 SISTERS. HOWEVER, ATTORNEY WERTZ IS STILL RESOLVING THE ISSUE OF A POSSIBLE LIEN BY MEDICARE (IF ANY. |
| 07/17/2012 | The trustee sent a letter to attorney Wertz on May 11, 2012; on May 18, 2012 Mr. Wertz responded stating there is currently a $12,000 settlement offer.  Also, within the last few months defendant had a substitution of attorneys and the Quinn Firm is now handling the defense. |
| 07/28/2011 | TRUSTEE AWAITING TO HEAR FROM ATTORNEY MARK WERTZ ON STATUS OF THE LITIGATION. LETTER SENT. |
| 02/03/2011 | ATTORNEY MARK WERTZ REPORTS THAT CASE IS STILL IN LITIGATION AND THAT HE IS SCHEDULING ADDITIONAL DEPOSITIONS |
| 07/02/2010 | ATTORNEY MARK WERTZ REPORTS THAT CASE MANAGEMENT CONFERENCE HELD ON 06/17/2010; ADDITIONAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/19/2010; DEBTOR'S DEPOSITION TAKEN ON 07/29/2010; ATTORNEY WERTZ EXPECTS SETTLEMENT OFFER WITHIN NEXT FEW WEEKS |
| 05/28/2010 | CLAIMS REVIEWED |
| 05/26/2010 | RESPONSE FROM ATTORNEY DENNIS SHEEHAN CONCERNING INHERITANCE CASE; ONLY ASSET IS WRONGFUL DEATH LAWSUIT BEING HANDLED BY ATTORNEY MARK WERTZ |
| 04/08/2010 | LETTER FORWARDED TO ATTORNEY DENNIS SHEEHAN REQUESTING ANY ADDITIONAL INFORMATION CONCERNING POSSIBLE INHERITANCE PROCEEDS |
| 03/24/2010 | RESPONSE FROM ATTORNEY WERTZ INDICATING THAT HE IS REPRESENTING ESTATE OF MARIA E. EVERETT AGAINST PETERSON HEALTH OPERATIONS, LLC; CASE MANAGEMENT CONFERENCE IS SCHEDULED FOR 06/17/2010 |
| 02/23/2010 | SECOND LETTER FORWARDED TO ATTORNEY MARK E. WERTZ |
| 12/22/2009 | LETTER FORWARDED TO ATTORNEY MARK E. WERTZ REQUESTING INFORMATION CONCERNING THE POTENTIAL WRONGFUL DEATH LAWSUIT |
| 11/25/2009 | TRUSTEE INVESTIGATING VALUE OF WRONGFUL DEATH LAWSUIT |

FORM 1

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 09-83388 | | **Trustee Name:** | Charles E. Covey |
| **Case Name:** | BOLEN, DIANE M. | | **Date Filed (f) or Converted (c):** | 10/15/2009 (f) |
| **For the Period Ending:** | 06/30/2015 | | **§341(a) Meeting Date:** | 11/25/2009 |
| | | | **Claims Bar Date:** | 03/25/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2011   **Current Projected Date Of Final Report (TFR):** 12/31/2014

/s/ CHARLES E. COVEY

CHARLES E. COVEY